# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS,<br><br>            Petitioner,<br><br>    vs.<br><br>MARTIN BITER, et.al.,<br><br>            Respondents. | Case No.:12-cv-01634-LJO-DLB (HC)<br><br>ORDER DIRECTING MEMORANDUM FILED FEBRUARY 25, 2013, BE STRICKEN FROM RECORD<br><br>(ECF No. 13) |

On February 12, 2013, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed, judgment was entered, and the Court declined to issue a certificate of appealability.

On February 25, 2013, Petitioner filed a document entitled "Memorandum" in which he lists several cases that he has filed in this court and other courts.

Because Petitioner's "Memorandum" is not a properly filed post-judgment motion relating to this case, it is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **March 4, 2013**

UNITED STATES MAGISTRATE JUDGE

1